# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151051(67)

CITY OF COLDWATER,
        Plaintiff-Appellee,

v

CONSUMERS ENERGY COMPANY,
        Defendant-Appellant.
_____/

SC: 151051
COA: 320181
Branch CC: 13-040185-CZ

On order of the Chief Justice, the motion of the Association of Businesses Advocating Tariff Equity for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 10, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015

